**COURTROOM DEPUTY'S MINUTES**  **MIDDLE DISTRICT OF ALABAMA**

---

√ INITIAL APPEARANCE  **DATE: April 24, 2006**
❐ BOND HEARING
❐ DETENTION HEARING  Digital Recording 2:00 - 2:36
❐ PRELIMINARY (EXAMINATION)(HEARING)
❐ REMOVAL HEARING (R.40)
❐ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06mj39-SRW  **DEFENDANT NAME:** Joseph Anthony Gutierrez
**AUSA:** David Cooke  **DEFT. ATTY:** Patricia Kemp
  Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
**USPO/USPTS:** Ron Thweatt
**Interpreter needed:** (√) NO; ( )YES  Name: Teresa Salazar (TIP)

---

| | |
|---|---|
| √ | Date of Arrest April 20, 2006 or ❐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❐ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❐ | Panel Attorney Appointed; ❐ to be appointed - prepare voucher |
| ❐ | Deft. Advises he will retain counsel.  Has retained _____ |
| √ | ❐ Government's ORAL Motion for Detention Hrg. ❐ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. has been filed |
| √ | Detention Hearing to be set by order |
| ❐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❐ | Release order entered.  Deft advised of conditions of release |
| ❐ | ❐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❐ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❐ | Deft. ORDERED REMOVED to originating district |
| ❐ | Waiver of ❐ preliminary hearing; ❐ Waiver Rule 40 hearing |
| ❐ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❐ | ARRAIGNMENT ❐HELD. Plea of NOT GUILTY entered. ❐Set for  DISCOVERY DISCLOSURE DATE: |
| ❐ | WAIVER of Speedy Trial.  CRIMINAL TERM: |
| ❐ | NOTICE to retained Criminal Defense Attorney handed to counsel |

This defendant does not need interpreter.  Court defers decision on date for preliminary examination as Government advises court that indictment will be filed against this defendant next week.