| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **MIDDLE DISTRICT OF ALABAMA** |

---

| | |
|---|---|
| ❏ INITIAL APPEARANCE | DATE: April 28, 2006 |
| ❏ BOND HEARING | |
| √ DETENTION HEARING | Digital Recording 3:05 - 3:50 |
| ❏ PRELIMINARY (EXAMINATION)(HEARING) | (PROCEEDINGS SEALED 3:42-3:43) |
| ❏ REMOVAL HEARING (R.40) | |
| ❏ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06mj39-SRW        **DEFENDANT NAME:** Joseph Anthony Gutierrez

**AUSA:** David Cooke        **DEFT. ATTY:** Kevin Butler

**Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√)FPD

**USPO/USPTS:** Ron Thweatt

**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| ❏ | **Date of Arrest** or ❏ **Arrest Rule 40** |
| ❏ | **Deft First Appearance.** Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| ❏ | Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel. |
| ❏ | **ORAL ORDER** appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | **Panel Attorney Appointed;** ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❏ | ❏ Government's **ORAL** Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's **WRITTEN** Motion for Detention Hrg. filed |
| √ | **Detention Hearing** √ held; ❏ set for |
| ❏ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❏ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | ❏ **BOND EXECUTED (M/D AL charges)** $. Deft released |
| | ❏ **BOND EXECUTED (R. 40)** - deft to report to originating district as ordered |
| √ | **Bond not executed.  Defendant to remain in Marshal's custody** |
| ❏ | **Deft. ORDERED REMOVED** to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds **PROBABLE CAUSE.**  Defendant bound over to the Grand Jury |
| ❏ | **ARRAIGNMENT** ❏HELD. Plea of **NOT GUILTY** entered. ❏Set for DISCOVERY DISCLOSURE DATE: |
| ❏ | **WAIVER** of Speedy Trial.  **CRIMINAL TERM:** |
| ❏ | **NOTICE** to retained Criminal Defense Attorney handed to counsel |

**CONTINUATION OF PROCEEDINGS:**

| | |
|---|---|
| 3:05 p.m. | Court convenes. |
| 3:06 p.m. | Testimony begins. |
| | Government's direct examination (Thweatt) |
| 3:10 p.m. | Court's questions to witness (Thweatt) |
| 3:11 p.m. | Mr. Butler's cross examination (Thweatt) |
| 3:24 p.m. | Government rests. |
| | Mr. Butler's direct examination (Thompson) |
| 3:42 p.m. | Mr. Butler's **ORAL MOTION to SEAL** the following portion of this proceeding. |
| | Court's **ORAL ORDER** granting oral motion to seal this portion of proceeding. |
| | Mr. Butler's resumes direct examination (Thompson) **(SEALED)** |
| 3:43 p.m. | Mr. Butler rests. |
| | Court directs that proceeding can now be **UNSEALED.** |
| 3:44 p.m. | Mr. Butler's oral arguments. |
| 3:48 p.m. | Government's response. |
| 3:50 p.m. | Court will detain defendant |
| | Court recessed. |