IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA     *
    *
VS.     *     2:06mj39-SRW
    *
JOSEPH ANTHONY GUTIERREZ     *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Ron Thweatt | 2. Neill Thompson |