IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06cr123-MHT |
| | ) | |
| JOSEPH ANTHONY GUTIERREZ | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for <u>May 17, 2006, at 10:00 a.m.</u> in the above-styled case.

You are DIRECTED to produce the following named prisoner:  <u>JOSEPH ANTHONY GUTIERREZ</u> before the United States District Court at  Courtroom 5A, on the <u>17th</u> day of  May, 2006, at 10:00 a.m.

DONE, this the <u>3rd</u> day of May, 2006.

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

By: _/s/_
Deputy Clerk