IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr123-MHT |
| JOSEPH ANTHONY GUTIERREZ | ) | |
| HORACIO JAIMES-ALBITER | ) | |
| CARLOS SOLANO-OLASCOAGA | ) | |
| JULIO CESAR ZAVALA-ULLOA | ) | |
| OMAR TORRES-VAZQUES | ) | |

### ORDER

Upon consideration of the government's motion to correct typographical error in indictment (doc. no. 62), it is ORDERED that all defendants show cause, if any there be, in writing by May 19, 2006, as to why said motion should not be granted.

DONE, this the 16th day of May, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE