# COURTROOM DEPUTY MINUTES
# MIDDLE DISTRICT OF ALABAMA

DATE: **May 17, 2006**

10:12 - 10:28

**DIGITAL RECORDING:** 10:35 - 10:36

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06CR123-MHT     **DEFT. NAME:** Joseph Anthony Gutierrez

**USA:** Clarke Morris     **ATTY:** Kevin Butler

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:**

Defendant ____ does √ does NOT need an interpreter; NAME ____

---

- ☐ Kars.      Date of Arrest _____ or  ☐ karsr40
- ☐ kia.      Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted  **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐          Deft. Advises he will retain counsel. Has retained _____
- ☐          Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐          Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐          **DETENTION HRG** ☐ held; ☐ set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.     ☐ **BOND EXECUTED** (M/D AL charges) $_____ Deft released (kloc LR)
             ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.      Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐          Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- √ Karr.    **ARRAIGNMENT** SET FOR: _____  √☐ **HELD**. Plea of **NOT GUILTY** entered.
             √☐ Trial Term  **8/7/06**  ;  ☐ **PRETRIAL CONFERENCE DATE:** 6/9/06
             √☐ **DISCOVERY DISCLOSURES DATE:** 5/17/06
- ☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- √ Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**

ORAL MOTION TO EXTEND TIME FOR FILING MOTIONS
ORAL ORDER GRANTING MOTION TO EXTEND TIME FOR FILING MOTIONS