| COURTROOM DEPUTY'S MINUTES | DATE: 6/9/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:07 - 9:10 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr123-MHT   **DEFENDANT(S):** Joseph Anthony Gutierrez

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | Kevin Butler |
| (NOT PRESENT) | * | |
| | * | |

☐ **DISCOVERY STATUS:**        Complete

☐ **PENDING MOTION STATUS:**        None

☐ **PLEA STATUS:**        Plea RESET to 7/21/06 @ 9:00 a.m.

☐ **TRIAL STATUS**

☐ **REMARKS:**