IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | CR. NO.: 2:06cr123-MHT |
| JOSEPH ANTHONY GUTIERREZ ) | |
| ) | |

## ORDER

For good cause, it is

ORDERED that the Change of Plea Hearing currently set for 19 June 2006 be RESET for 21 July 2006 at 9:00 a.m., in courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding. The Clerk of Court shall provide a Court Reporter for this proceeding.

Done this 9th day of June , 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE