IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) 2:06cr123-MHT
)
JOSEPH ANTHONY GUTIERREZ )

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Defendant's Motion to Continue Change of Plea Hearing, filed on 14 July 2006 (Doc #119), is GRANTED. The Change of Plea Hearing in this case is hereby reset to 31 July 2006 at 9:00 a.m. before Magistrate Judge Vanzetta Penn McPherson in Courtroom 5-A, Montgomery, Alabama.

The Clerk shall provide a court reporter for this proceeding.

DONE this 18th day of July 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE