| COURTROOM DEPUTY MINUTES | DATE: 7/31/06 | DIGITAL RECORDING: 9:00 - 10:03 |
|---|---|---|

MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: Jimmy Dickens

❏ ARRAIGNMENT          x CHANGE OF PLEA          ❏ CONSENT PLEA

❏ RULE 44(c) HEARING          ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*     **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** 2:06cr123-MHT          **DEFENDANT NAME:** *Joseph Anthony Gutierrez*

**AUSA:** *A. Clark Morris*          **DEFENDANT ATTY:** *Kevin L. Butler*

Type Counsel:     ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** Jakki Caple

Defendant _____ does     x     does NOT need and interpreter.

Interpreter present?     x     NO _____ YES    Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty                              ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

  X Count(s)  1, 2     of the Felony Indictment.

  ❏ Count(s) _____   ❏ dismissed on oral motion of USA;

  ❏ to be dismissed at sentencing

**X —** **ORAL ORDER ADJUDICATING GUILT as to COUNTS  1, 2**

**X —** Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

  ❏ summons; for:

❏ Trial on _____ ; ❏ Sentencing on _____   ❏ _____ Bond  ❏ to be set by Separate Order

x — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

  ❏ Posting a $_____ Bond;

  ❏ Trial on _____ ; or  x Sentencing _____ x set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.