# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED  __October 12, 2006__          AT  10:35  A.M./P.M.

DATE COMPLETED  __October 12, 2006__          AT  11:07  A.M./P.M.

UNITED STATES OF AMERICA                     Criminal Action
                                             2:06-cr-123-01-MHT
        VS.

JOSEPH ANTHONY GUTIERREZ

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA A. Clark Morris | X | Atty Kevin L. Butler |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Tashwanda Pinchback, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:        SENTENCING HEARING

| | |
|---|---|
| 10:35 a.m. | Sentencing hearing commenced. Court finds the defendant competent of understanding English language; interpreter NOT required. Defendant's **ORAL MOTION** to modify terms of plea agreement as stated on the record. Parties' heard regarding modification. Probation objects to role reduction. Court's findings that the defendant is <u>not</u> a minor participant. Defendant's **ORAL MOTION** to withdraw motion to modify. **ORAL ORDER** granting motion to withdraw. Defendant orally agrees to the term of the original plea agreement. Court accepts plea agreement. Sentence imposed; **ORAL ORDER** during sentence imposition granting Motion for Downward Departure and Motion for Reduction in Criminal Offense Level. |
| 11:07 a.m. | Hearing concluded. |